UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ANNA MARIA CAMPO,

                               Plaintiff,

-against -

AUTO GALLERY IMPORTS INC.
SAM KAYE and GM FINANCIAL,

                              Defendants.
-----------------------------------------------------------------X

Civil Action No.:
13-cv-6180 (JFB)(AKT)

**RULE 7.1 DISCLOSURE**

J. Bianco,
M. Tomlinson

Pursuant to Rule 7.1 of the Rules of Civil Procedure, defendant, GM FINANCIAL by its attorneys, Simmons Jannace, LLP, submits the following identification of any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation:

AmeriCredit Financial Services, Inc. d/b/a GM Financial is a wholly owned subsidiary of General Motors Financial Company, Inc. which is a wholly owned subsidiary of General Motors Holdings, L.L.C. which is a wholly owned subsidiary of General Motors Company.

Dated: Syosset, New York
         December 17, 2013

                               Yours etc.,

                               **SIMMONS JANNACE, LLP**
                               Attorneys for Defendant
                               GM Financial

                               By:   /s/ Stacey Ramis Nigro
                                    Stacey Ramis Nigro (sn-0550)
                              **Office & P.O. Address:**
                              115 Eileen Way, Suite 103
                              Syosset, New York 11791
                              (516) 802-0630

TO:    Lawrence C. Glynn
CARUSO GLYNN, LLC
Attorneys for Plaintiff
**Office & P.O. Address**
36 Peck Slip
New York, New York 10038
(718) 570-3338
File No.: 12.092613.01

Auto Gallery Imports, Inc.
500 Old Country Road
Westbury, NY 11590

Sam Kaye
c/o Auto Gallery Imports, Inc.
500 Old Country Road
Westbury, NY 11590