UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
ANNA MARIA CAMPO,

                Plaintiff,

    -against-

AUTO GALLERY IMPORTS INC.
SAM KAYE and GM FINANCIAL,

                Defendants.
-----------------------------------------------------------x

Case No.: 13 Civ. 6180(JFB)(AKT)

**STIPULATION OF**
**DISMISSAL**

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned, attorneys representing all of the parties in the above-entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, all of plaintiff's causes of action in the Amended Complaint against the defendants AUTO GALLERY IMPORTS, INC., GM FINANCIAL and SAM KAYE are discontinued with prejudice and without costs pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), subject to reopening if settlement is not consummated within thirty (30) days.

Dated: New York, New York
        March 10, 2014

**CARUSO GLYNN, LLC**
Attorneys for Plaintiff
*Anna Maria Campo*

By: *Lawrence C. Glyn*
Lawrence C. Glynn, Esq.
36 Peck Slip
New York, New York 10038
(718) 570-3338
lglynn@carusoglynn.com

The Law Offices of Babak Pourtavoosi, P.C.
Attorneys for Defendant
*Auto Gallery Import & Sam Kaye*

By: _____
Babak Pourtavoosi, Esq.
7 Locust Drive
Great Neck, New York 11021
(718) 779-6374
bpesq2@yahoo.com

**SIMMONS JANNACE, LLP**
Attorneys for Defendant
*GM Financial*

By: /s/ Stacey Ramis Nigro
Stacey Ramis Nigro, Esq.
115 Eileen Way, Suite 103
Syosset, New York 11791
(516) 802-0630
*snigro@simmonsjannace.com*